IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

James Joseph Dover,

Petitioner,

vs.

Ryan Thornell, et al.,

Respondents.

No. CV-26-02137-PHX-SPL

**ORDER**

Before the Court is Petitioner's Amended Petition[1] for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 7), the Answer from the Respondents (Doc. 18), and a Reply from the Petitioner (Doc. 21). Additionally, the Court has also considered the Report and Recommendation ("R&R") from the Magistrate Judge (Doc. 23), Petitioner's Objections (Doc. 24), and Respondents' Response (Doc. 25).

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It follows that the Court need not conduct any review of portions to which no specific

[1] The Petition was originally filed on March 23, 2026. (Doc. 1).

objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Petitioner's objections to the findings and recommendations have also been thoroughly considered. After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the Magistrate Judge. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED**:

1. That the Magistrate Judge's Report and Recommendation (Doc. 23) is **accepted** and **adopted** by the Court;

2. That the Petitioner's Objections (Doc. 24) are **overruled**;

3. The Amended Petition for Writ of Habeas Corpus (Doc. 7) is **dismissed with prejudice**;

4. That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

5. That the Clerk of Court shall enter judgment accordingly and terminate this action.

Dated this 3rd day of November, 2026.

Honorable Steven P. Logan
United States District Judge